AMERICAN SILICON TECHNOLOGIES, ELKEM METALS CO., GLOBE METALLURGICAL, INC., AND SKW METALS & ALLOYS, INC., PLAINTIFFS *v.* UNITED STATES, DEFENDANT, AND CARMARGO CORREA METAIS, S.A. AND COMPANHIA FERROLIGAS MINAS GERAIS-MINASLIGAS, DEFENDANT-INTERVENORS

Court No. 97–02–00268

(Dated January 5, 1999)

## JUDGMENT

MUSGRAVE, *Judge:* Upon finding that the United States Department of Commerce, International Trade Administration's ("Commerce") *Silicon Metal from Brazil; Amended Final Results of Antidumping Duty Administrative Review,* 62 Fed. Reg. 54,094 (October 17, 1997)*("Amended Final Results")* correct all outstanding errors alleged by plaintiffs and upon due consideration of all other papers and proceedings had herein, it is hereby:

ORDERED that the *Amended Final Results* are affirmed in all respects; and it is further

ORDERED that all other issues having been decided, this case is dismissed.